USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEN WIWA, et al.,                   |
                                    |
            Plaintiffs,             |
                                    |   96 Civ. 8386 (KMW) (HBP)
    -against-                       |
                                    |
ROYAL DUTCH PETROLEUM CO., et al.,  |
                                    |
            Defendants.             |
------------------------------------X
KEN WIWA, et al.,                   |
                                    |
            Plaintiffs,             |
                                    |   01 Civ. 1909 (KMW) (HBP)
    -against-                       |
                                    |        ORDER
                                    |
BRIAN ANDERSON,                     |
                                    |
            Defendant.              |
------------------------------------X
```

KIMBA M. WOOD, U.S.D.J.:

    A conference in the above-captioned actions is scheduled for Monday, May 18, 2009 at 11:00 AM in Courtroom 15B (the "conference"). Plaintiffs have designated extensive deposition testimony that Plaintiffs wish to admit at trial ("Plaintiffs' designations"). Defendants have also counterdesignated portions of these deponents' deposition testimony ("Defendants' counterdesignations"). Plaintiffs have made rebuttal designations to some of these deponents' deposition testimony ("Plaintiffs' rebuttal designations"). Defendants have objected to many of Plaintiffs' designations and rebuttal designations; Plaintiffs have objected to many of Defendants'

1

counterdesignations.

The Court requires the standard procedure for designations. The parties shall submit to the Court all relevant deposition transcripts, with designated testimony marked with the following colors:

(1) Plaintiffs' <u>designations</u> shall be underscored in <u>red</u>;

(2) Defendants' <u>counter</u>designations shall be underscored in <u>blue</u>;

(3) Plaintiffs' <u>rebuttal</u> designations shall be underscored in <u>yellow</u>; and

(4) any <u>sur-rebuttal</u> designations shall be underscored in <u>green</u>.

All objections to these disputed designations shall be marked in the margin of the deposition transcript, next to the text that is the subject of the objection; objections shall be explained in words, not by code.

The parties shall submit two sets of the relevant deposition transcripts to the Court. To the extent that these transcripts are not yet color coded by the time of the conference Monday May 18, 2009 at 11:00 AM, they shall be submitted on a rolling basis. Counsel <u>must</u> submit color-coded copies of <u>at least fifteen</u> (15)

2

depositions at the conference Monday May 18, 2009 at 11:00 AM.

SO ORDERED.

Dated:   New York, New York
         May  15, 2009

                                    _____
                                    Kimba M. Wood
                                    United States District Judge