UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/09

KEN WIWA, et al.,

                               Plaintiffs,

           – against –

ROYAL DUTCH PETROLEUM COMPANY, et al.,

                               Defendants.

96 Civ. 8386 (KMW)(HBP)

KEN WIWA, et al.,

                               Plaintiffs,

           – against –

BRIAN ANDERSON,

                               Defendant.

01 Civ. 1909 (KMW)(HBP)

**ORDER CONCERNING USE OF THE SERVICE ENTRANCE DURING TRIAL**

IT IS HEREBY SO ORDERED that:

(1) Beginning on Friday, May 22, 2009 for the scheduled hearing before the Court through the duration of trial, defense counsel in the above-captioned action are permitted to use the service entrance to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, including the loading dock, for purposes of bringing in voluminous materials to Court for trial. Defense counsel's designated vehicle is a black Ford Ecoline van, license plate # T503945C, driven by Mr. Marco Puerto, who is reachable at (347) 672-3887.

*/s/ Kimba M. Wood*

Hon. Kimba M. Wood
United States District Judge
May 21, 2009