Case 1:96-cv-08386-KMW-HBP   Document 519   Filed 06/08/2009   Page 1 of 3

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KEN WIWA, individually and as Administrator of the Estate of his deceased father, KEN SARO-WIWA; OWENS WIWA; BLESSING KPUINEN, individually and as the Administrator of the Estate of her late husband JOHN KPUINEN; KARALOLO KOGBARA; MICHAEL TEMA VIZOR; LUCKY DOOBEE, individually and as Administrator of the Estate of his late brother SATURDAY DOOBEE; FRIDAY NUATE, individually and as Administrator of the Estate of her late husband FELIX NUATE and their surviving children; MONDAY GBOKOO, individually and as Administrator of the Estate of his late brother DANIEL GBOKOO; DAVID KIOBEL, individually for harm suffered for the death of his father Dr. BARINEM KIOBEL; JAMES B. N-NAH, individually and as Administrator of the Estate of late brother UEBARI N-NAH and his surviving children, | 96 Civ. 8386 (KMW)(HBP) |

Plaintiffs,

-- against --

SHELL PETROLEUM, N.V., formerly ROYAL DUTCH PETROLEUM COMPANY; SHELL TRANSPORT AND TRADING COMPANY, LTD., formerly THE "SHELL" TRANSPORT AND TRADING COMPANY, p.l.c.,

Defendants.

---

| | |
|---|---|
| KEN WIWA, individually and as Administrator of the Estate of his deceased father, KEN SARO-WIWA; OWENS WIWA; BLESSING KPUINEN, individually and as the Administrator of the Estate of her late husband JOHN KPUINEN; MICHAEL TEMA VIZOR; LUCKY DOOBEE, individually and as the Administrator of the Estate of his late Brother, SATURDAY DOOBEE; FRIDAY NUATE, individually and as Administrator of the Estate of her late husband FELIX NUATE; MONDAY GBOKOO, individually and as Administrator of the estate of his late brother DANIEL GBOKOO; DAVID KIOBEL, individually for harm suffered for the death of his father Dr. BARINEM KIOBEL, | 01 Civ. 1909 (KMW)(HBP) |

Plaintiffs,

-- against --

BRIAN ANDERSON,

Defendant.

| | |
|---|---|
| KEN WIWA, individually and on behalf of his deceased father, KEN SARO-WIWA; OWENS WIWA; BLESSING KPUINEN, individually and on behalf of her late husband JOHN KPUINEN; KARALOLO KOGBARA; MICHAEL TEMA VIZOR; LUCKY DOOBEE, individually and on behalf of his late brother SATURDAY DOOBEE; FRIDAY NUATE, individually and on behalf of her late husband FELIX NUATE; MONDAY GBOKOO, brother of the late DANIEL GBOKOO; DAVID KIOBEL, individually and on behalf of his siblings STELLA KIOBEL, LEESI KIOBEL AND BARIDI KIOBEL and on behalf of his minor siblings, ANGELA KIOBEL and GODWILL KIOBEL for harm suffered for the wrongful death of their father Dr. BARINEM KIOBEL; JAMES B. N-NAH, individually and on behalf of his late brother UEBARI N-NAH,<br><br>Plaintiffs,<br><br>– against –<br><br>SHELL PETROLEUM DEVELOPMENT COMPANY OF NIGERIA LIMITED,<br><br>Defendant. | 04 Civ. 2665 (KMW)(HBP) |

## STIPULATION OF DISMISSAL

2

IT IS HEREBY STIPULATED AND AGREED, by the undersigned plaintiffs and defendants, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned actions against all defendants are hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

June 8, 2009

CENTER FOR CONSTITUTIONAL RIGHTS

by _____
Judith Brown Chomsky
Jennifer M. Green

666 Broadway, 7th Floor
New York, NY 10012
(215) 782-8367

*Attorneys for Plaintiffs*

CRAVATH, SWAINE & MOORE LLP

by _____
Rory O. Millson
Rowan Wilson
Thomas G. Rafferty

825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendants*

The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED: 6/16/09

_____
Kimba M. Wood
U.S.D.J.

3