Accordingly, the Court will not preclude Plaintiffs from responding to Defendants RFAs as sufficiently as Ordered herein.

Should Defendants choose, after Plaintiffs have submitted the amended RFA responses ordered here, to file any further motions for sanctions regarding these issues, the Court will consider them after trial is completed.

## IV. Conclusion

For the reasons above, the Court grants in part and denies in part Defendants' motion. (96-D.E. 376.) Plaintiffs shall amend their revised RFA responses as ordered above <u>by 5:00 PM on Wednesday May 27, 2009</u>.

SO ORDERED.

Dated:   New York, New York
         May **21**, 2009

                                       Kimba M. Wood
                               United States District Judge