USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
KEN WIWA, et al.,                   |
                                    |
            Plaintiffs,             |
                                    |   96 Civ. 8386 (KMW) (HBP)
    -against-                       |
                                    |
ROYAL DUTCH PETROLEUM CO., et al.,  |
                                    |
            Defendants.             |
------------------------------------X
KEN WIWA, et al.,                   |
                                    |
            Plaintiffs,             |
                                    |   01 Civ. 1909 (KMW) (HBP)
    -against-                       |
                                    |
                                    |
BRIAN ANDERSON,                     |
                                    |
            Defendant.              |
------------------------------------X
                                    |
ESTHER KIOBEL, et al.,              |
                                    |
            Plaintiffs,             |
                                    |   02 Civ. 7618 (KMW) (HBP)
    -against-                       |
                                    |          ORDER
ROYAL DUTCH PETROLEUM CO., et al.,  |
                                    |
            Defendants.             |
                                    |
------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

    The Court orders briefing in the above-captioned actions on the subject of (1) whether Shell Petroleum Development Company ("SPDC") is an agent of Defendants Royal Dutch Petroleum Company and/or "Shell" Transport and Trading Company, p.l.c. ("Defendants"); and (2) whether SPDC and the Nigerian military

1

are coconspirators,[1] pursuant to Federal Rule of Evidence 801(d)(2)(D) and (E) respectively, such that statements by SPDC employees and/or the Nigerian military are admissible against Defendants as party-opponent admissions.

No later than 5:00 p.m. Tuesday, May 26, 2009, Plaintiffs shall submit a memorandum of law, not to exceed 10 pages, setting forth their position on this issue.  No later than 5:00 p.m. Wednesday, May 27, 2009, Defendants shall submit a responsive memorandum of law, not to exceed 10 pages.  No later than Thursday, May 28, 2009, Plaintiffs shall submit a reply memorandum of law, not to exceed 6 pages.

SO ORDERED.

Dated:   New York, New York
         May **22**, 2009

_____
Kimba M. Wood
United States District Judge

---

[1] To the extent that Plaintiffs seek to introduce statements of Nigerian officials other than members of Nigeria's military as party-opponent admissions under Rule 801(d)(2)(E), the parties should also brief the subject of whether SPDC and the Nigerian government are coconspirators for Rule 801(d)(2)(E) purposes.

2